UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
: 
BELVAC PRODUCTION MACHINERY, INC.,    :
:
       Petitioner,    :
:
    -v-    :    26 Misc. 106 (JPC)
:
ARES CAPITAL CORPORATION,    :    ORDER
:
       Respondent.    :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 10, 2026, Petitioner initiated this action by filing a motion to compel Respondent to produce certain documents.  Dkt. 1.  In its memorandum of law in support of such motion, Dkt. 2, Petitioner indicated that it "intends to move to transfer this miscellaneous proceeding to the United States District Court for the District of Delaware."  *Id.* at n.1.  By March 30, 2026, Petitioner should file a letter indicating when it intends to file such motion to transfer this proceeding.

    SO ORDERED.

Dated:  March 23, 2026
    New York, New York                   JOHN P. CRONAN
                                United States District Judge