**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BELVAC PRODUCTION MACHINERY, INC., :

                           :      Case No.: 1:26-mc-00106 (JPC)
         Petitioner,     :
                           :
      v.                  :      **CONSENT ORDER TO TRANSFER**
                           :      **BELVAC'S MOTION TO COMPEL TO**
ARES CAPITAL CORPORATION,     :      **THE UNITED STATES DISTRICT**
                           :      **COURT FOR THE DISTRICT OF**
      Respondent.     :      **<u>DELAWARE</u>**
                           :
                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WHEREAS,** on September 11, 2025, Petitioner Belvac Production Machinery, Inc. ("Belvac") served a subpoena ("Subpoena") on non-party Ares Capital Corporation ("Ares") issued in the matter of *Belvac Production Machinery, Inc. v. Adonis Acquisition Holdings LLC*, C.A. No. 1:25-cv-00166-JLH-SRF, which is pending before the United States District Court for the District of Delaware ("Delaware Action");

**WHEREAS,** the Subpoena seeks to obtain information related to Ares' involvement in and knowledge of certain transactions and occurrences during the bankruptcy proceedings of Vobev, LLC ("Vobev");

**WHEREAS,** Ares served as Vobev's secured lender during that bankruptcy, and was also sponsor of the acquisition of Vobev's assets by Adonis Acquisition Holdings LLC ("Adonis");

**WHEREAS,** the Subpoena commands Ares to produce documents and to be deposed and requires compliance in this District;

**WHEREAS,** on February 4, 2026, served its initial privilege log and on March 2, 2026, Ares served a supplemental privilege log;

1

**WHEREAS,** the parties met and conferred regarding Ares' assertions of privilege on February 4, 2026 and again on February 25, 2026;

**WHEREAS,** the parties were unable to resolve their disputes over Ares' privilege assertions;

**WHEREAS,** on March 10, 2026, pursuant to Federal Rule of Civil Procedure 45(f), Belvac filed a Motion to Compel Ares Capital Corporation to Produce Documents Improperly Withheld on Privilege Grounds (the "Motion to Compel");

**WHEREAS,** the Motion to Compel seeks enforcement of the Subpoena, which was issued in the Delaware Action;

**WHEREAS,** Federal Rule of Civil Procedure 45 governs subpoenas issued to nonparties. Fed. R. Civ. P. 45; *see also* Fed. R. Civ. P. 34(c) ("As provided in Rule 45, a nonparty may be compelled to produce documents and tangible things or permit an inspection.");

**WHEREAS,** the underlying subpoena must be issued by the court where the underlying action is pending, Fed. R. Civ. P. 45(a)(2), but a motion to compel or a challenge to a subpoena "to a nonparty must be made in the court where the discovery is or will be taken." Fed. R. Civ. P.37(a)(2);

**WHEREAS,** Fed. R. Civ. P. 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents . . . .";

**WHEREAS,** counsel for Ares consents to transfer the Motion to Compel to the United States District Court for the District of Delaware.

**NOW THEREFORE IT IS ORDERED ON THIS** 1st **DAY OF** April **, 2026 THAT:**

1.      Belvac's Motion to Compel Ares Capital Corporation to Produce Documents

2

Improperly Withheld on Privilege Grounds is **TRANSFERRED** to the related case in the United States District Court for the District of Delaware, *Belvac Production Machinery, Inc. v. Adonis Acquisition Holdings LLC*, C.A. No. 1:25-cv-00166-JLH-SRF.

2.  The Clerk is directed to close this matter in accordance with this Order.

SO ORDERED: _____

Hon. John P. Cronan, U.S.D.J.


*We hereby consent to the entry and form of this Order.*


_____

Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Belvac Production Machinery, Inc.*


_____

Peter Gergely
MERCHANT & GOULD P.C.
500 Fifth Avenue, Suite 4100
New York, New York 10110
(303) 357-1646
PGergely@merchantgould.com

*Counsel for Ares Capital Corporation*


Date: March 30, 2026

Date: March 30, 2026


3